Marie C. Lowe, Respondent, v. Mary C. Leary and Others, Respondents, Impleaded with Daniel J. Leary, Appellant.— Judgment affirmed,

with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott and Dowling, JJ.